**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: TALAN, RAYMOND S | § | Case No. 08-70785 |
| TALAN, ROBIN M | § | |
| R.L. TALAN & SONS | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 19, 2008. The undersigned trustee was appointed on June 18, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 178,552.77

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 18,574.24 |
| Payments to creditors | 112,246.85 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 17,865.00 |
| Leaving a balance on hand of[1] | $ 29,866.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 09/09/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,035.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,035.34, for a total compensation of $11,035.34. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $4,980.00 and now requests reimbursement for expenses of $683.99, for total expenses of $683.99.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/10/2010 By:/s/JOSEPH D. OLSEN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Exhibit A



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70785
**Case Name:** TALAN, RAYMOND S
TALAN, ROBIN M
**Period Ending:** 03/10/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 03/19/08 (f)
**§341(a) Meeting Date:** 04/24/08
**Claims Bar Date:** 09/09/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4880 Powderhorn Place., Caledonia, IL | 200,000.00 | 0.00 | | 172,500.00 | FA |
| 2 | Lot #, Apple River, IL | 12,000.00 | 12,000.00 | | 6,000.00 | FA |
| 3 | checking account w/ Members Allaince | 500.00 | 7,155.00 | DA | 0.00 | FA |
| 4 | savings account w/ Members Allanice | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | older furniture, tvs, bedroom sets, table & chai | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | necessary wearing apparel | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | wedding rings & misc. costume jewerly | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2002 GMC Envoy | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1995 Ford E250 Van | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1998 17' Hydrosport bass boat<br>Debtor sold boat pre-petition w/proceeds going into check account (Asset #3). | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Tax Refund (u) | 0.00 | 7,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 52.77 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | $228,500.00 | $26,155.00 | | $178,552.77 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2009 **Current Projected Date Of Final Report (TFR):** February 15, 2010

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-70785
**Case Name:** TALAN, RAYMOND S
TALAN, ROBIN M
**Taxpayer ID #:** 35-6788524
**Period Ending:** 03/10/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****19-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/31/08 | {1} | Title Underwriters Agency | Sale of Powderhom property | | 1110-000 | 115,969.94 | | 115,969.94 |
| 10/31/08 | {1} | Deposit reversal | | | 1110-000 | -115,969.94 | | 0.00 |
| 11/25/08 | | Title Underwriters Agency | Proceeds of Powderhom property | | | 115,969.94 | | 115,969.94 |
| | | | payoff 2nd mortgage | -39,572.14 | 4110-000 | | | 115,969.94 |
| | | | deposit retained by Broker | -2,000.00 | 3510-000 | | | 115,969.94 |
| | | | Real Estate taxes to 10/31/08 | -3,833.92 | 4700-000 | | | 115,969.94 |
| | | | Commission | -10,075.00 | 3510-000 | | | 115,969.94 |
| | | | Express delivery fee | -20.00 | 2500-000 | | | 115,969.94 |
| | | | Title Insurance | -660.00 | 4110-000 | | | 115,969.94 |
| | | | Title insurance act fee | -3.00 | 4110-000 | | | 115,969.94 |
| | | | Recording fee | -107.25 | 2990-000 | | | 115,969.94 |
| | | | City/county taxes | -86.25 | 4700-000 | | | 115,969.94 |
| | | | State tax stamps | -172.50 | 4700-000 | | | 115,969.94 |
| | {1} | | | 172,500.00 | 1110-000 | | | 115,969.94 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 3.54 | | 115,973.48 |
| 12/02/08 | | To Account #********1966 | Transfer funds to pay Debtor homestead (minus offsets) | | 9999-000 | | 17,865.00 | 98,108.48 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 7.10 | | 98,115.58 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 4.00 | | 98,119.58 |
| 02/02/09 | | To Account #********1966 | Per Ct. Order of 1/28 (reimburse monies) | | 9999-000 | | 4,980.00 | 93,139.58 |
| 02/25/09 | | Lakeside Realty & Management Trust Account | Sale of lot | | | 4,537.71 | | 97,677.29 |
| | {2} | | | 6,000.00 | 1110-000 | | | 97,677.29 |
| | | | 2008 tax redit | -219.28 | 2820-000 | | | 97,677.29 |
| | | | 2009 tax credit (1/1/09 - 2/20/09) | -30.50 | 2820-000 | | | 97,677.29 |
| | | | Apple Canyon Lake dues | -34.50 | 2500-000 | | | 97,677.29 |
| | | | County Clerk Revenue Stamps | -9.00 | 2990-000 | | | 97,677.29 |
| | | | County Clerk - tax redemption | -421.01 | 2990-000 | | | 97,677.29 |
| | | | Assurance First Title & Esscrow Co. | -148.00 | 4110-000 | | | 97,677.29 |
| | | | Commission | -600.00 | 3510-000 | | | 97,677.29 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.56 | | 97,680.85 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 4.25 | | 97,685.10 |

Subtotals : $120,530.10 $22,845.00

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 08-70785
**Case Name:** TALAN, RAYMOND S
TALAN, ROBIN M
**Taxpayer ID #:** 35-6788524
**Period Ending:** 03/10/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****19-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.98 | | 97,689.08 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.85 | | 97,692.93 |
| 06/05/09 | | To Account #********1966 | Bond premium pymt | 9999-000 | | 77.70 | 97,615.23 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.24 | | 97,619.47 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.11 | | 97,623.58 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.11 | | 97,627.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.98 | | 97,631.67 |
| 10/05/09 | | To Account #********1966 | pay sec. creditor per court order | 9999-000 | | 70,000.00 | 27,631.67 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 27,633.27 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,634.43 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,635.59 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 27,636.67 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 27,637.72 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 120,560.42 | 92,922.70 | $27,637.72 |
| Less: Bank Transfers | 0.00 | 92,922.70 | |
| **Subtotal** | 120,560.42 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $120,560.42 | $0.00 | |

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 08-70785
**Case Name:** TALAN, RAYMOND S
TALAN, ROBIN M
**Taxpayer ID #:** 35-6788524
**Period Ending:** 03/10/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****19-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/08 | | From Account #********1965 | Transfer funds to pay Debtor homestead (minus offsets) | 9999-000 | 17,865.00 | | 17,865.00 |
| 12/03/08 | 101 | Raymond and Robin Talan | Debtors' homestead exemption | 8100-002 | | 17,865.00 | 0.00 |
| 02/02/09 | | From Account #********1965 | Per Ct. Order of 1/28 (reimburse monies) | 9999-000 | 4,980.00 | | 4,980.00 |
| 02/03/09 | 102 | Joseph D. Olsen | reimbursement of expenses | 2200-000 | | 4,980.00 | 0.00 |
| 06/05/09 | | From Account #********1965 | Bond premium pymt | 9999-000 | 77.70 | | 77.70 |
| 06/05/09 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-70785, Bond #016018067 | 2300-000 | | 77.70 | 0.00 |
| 10/05/09 | | From Account #********1965 | pay sec. creditor per court order | 9999-000 | 70,000.00 | | 70,000.00 |
| 10/05/09 | 104 | Wells Fargo Bank | pay sec. claim per court order 10/5/09 | 4110-000 | | 67,771.04 | 2,228.96 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 92,922.70 | 90,693.74 | $2,228.96 |
| Less: Bank Transfers | 92,922.70 | 0.00 | |
| **Subtotal** | 0.00 | 90,693.74 | |
| Less: Payments to Debtors | | 17,865.00 | |
| **NET Receipts / Disbursements** | $0.00 | $72,828.74 | |

| | |
|---|---|
| Net Receipts : | 120,560.42 |
| Plus Gross Adjustments : | 57,992.35 |
| Less Payments to Debtor : | 17,865.00 |
| Net Estate : | $160,687.77 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****19-65 | 120,560.42 | 0.00 | 27,637.72 |
| Checking # ***-*****19-66 | 0.00 | 72,828.74 | 2,228.96 |
| | $120,560.42 | $72,828.74 | $29,866.68 |

{} Asset reference(s)

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 9, 2008

**Case Number:** 08-70785 | **Page:** 1 | **Date:** March 10, 2010
**Debtor Name:** TALAN, RAYMOND S | **Time:** 02:09:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $11,035.34 | $0.00 | 11,035.34 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $683.99 | $0.00 | 683.99 |
| 200 | U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 | Admin Ch. 7 | | $250.00 | $0.00 | 250.00 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $6,325.50 | $0.00 | 6,325.50 |
| 7P<br>570 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $2,892.40 | $0.00 | 2,892.40 |
| 1<br>100 | Commission Express of West Chicago<br>% Richard T Niemerg<br>211 W Wacker Dr Ste 1200<br>Chicago, IL 60606 | Secured | Allowed but to make no distribution | $0.00 | $0.00 | 0.00 |
| 2S<br>100 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | Allowed but to make no distribution | $0.00 | $0.00 | 0.00 |
| 3<br>100 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | Allowed but to make no distribution | $0.00 | $0.00 | 0.00 |
| 2U<br>610 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $60.00 | $0.00 | 60.00 |
| 4<br>610 | All Credit Lenders<br>POB 250<br>Gilberts, IL 60136 | Unsecured | | $1,718.30 | $0.00 | 1,718.30 |
| 5<br>610 | Ecommission Transaction<br>5914 W. Courtyard Dr. Suite 320<br>Austin, TX 78730 | Unsecured | | $4,230.00 | $0.00 | 4,230.00 |
| 6<br>610 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG<br>FIRST EXPRESS<br>PO BOX 856021<br>LOUISVILLE, KY 40285 | Unsecured | | $903.18 | $0.00 | 903.18 |
| 7U<br>610 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | disallowed | $890.81 | $0.00 | 890.81 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 9, 2008

**Case Number:** 08-70785
**Debtor Name:** TALAN, RAYMOND S

Page: 2

**Date:** March 10, 2010
**Time:** 02:09:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>610 | Time Investment<br>Box 248<br>West Bend, WI 53095 | Unsecured | | $2,909.05 | $0.00 | 2,909.05 |
| 9<br>610 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c o Becket and Lee LLP,POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $8,900.00 | $0.00 | 8,900.00 |
| 10<br>610 | ACCT RCV SVC<br>PO Box 2526<br>Loves Park, IL 61132 | Unsecured | | $1,404.13 | $0.00 | 1,404.13 |
| 11<br>610 | Check It<br>Box 6264<br>Rockford, IL 61125 | Unsecured | | $280.20 | $0.00 | 280.20 |
| 12<br>610 | Rockford Mercantile Agency<br>2502 S. Alpine Rd.<br>Rockford, IL 61108 | Unsecured | | $384.52 | $0.00 | 384.52 |
| 13<br>610 | Cavalry Portfolio Services, LLC<br>7 Skyline Drive, Third Floor<br>Hawthorne, NY 10532 | Unsecured | | $10,337.45 | $0.00 | 10,337.45 |
| 14<br>610 | James Diesing and Shirley Dunkin<br>% Atty David L Davitt<br>4023 Charles St<br>Rockford, IL 61108 | Unsecured | | $9,796.71 | $0.00 | 9,796.71 |
| 15<br>610 | Wells Fargo Home Mortgage Inc.<br>% Scott C Sullivan<br>WilliamsMcCarthy LLP,PO Box 219<br>Rockford, IL 61105 | Unsecured | Per Motion to Compromise 10/5/09 - Claim is allowed as an unsecured claim. | $88,436.50 | $0.00 | 88,436.50 |
| << Totals >> | | | | 151,438.08 | 0.00 | 151,438.08 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-70785
Case Name: TALAN, RAYMOND S
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 11,035.34 | $ 683.99 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 6,325.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

| | | | |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,892.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 7P | Internal Revenue Service | $ 2,892.40 | $ 2,892.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 130,250.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2U | Illinois Department of Revenue Bankruptcy Section | $ 60.00 | $ 4.01 |
| 4 | All Credit Lenders | $ 1,718.30 | $ 114.50 |
| 5 | Ecommission Transaction | $ 4,230.00 | $ 281.87 |
| 6 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | $ 903.18 | $ 60.18 |
| 7U | Internal Revenue Service | $ 890.81 | $ 59.36 |
| 8 | Time Investment | $ 2,909.05 | $ 193.85 |
| 9 | American Express Travel Related Svcs Co | $ 8,900.00 | $ 593.06 |
| 10 | ACCT RCV SVC | $ 1,404.13 | $ 93.57 |
| 11 | Check It | $ 280.20 | $ 18.67 |
| 12 | Rockford Mercantile Agency | $ 384.52 | $ 25.62 |
| | Cavalry Portfolio Services, | | |

| | | | |
|---|---|---|---|
| 13 | LLC | $ 10,337.45 | $ 688.85 |
| 14 | James Diesing and Shirley Dunkin | $ 9,796.71 | $ 652.82 |
| 15 | Wells Fargo Home Mortgage Inc. | $ 88,436.50 | $ 5,893.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.