UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: TALAN, RAYMOND S | § | Case No. 08-70785 |
| TALAN, ROBIN M | § | |
| R.L. TALAN & SONS | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/26/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 03/09/2010        By: /s/JOSEPH D. OLSEN
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: TALAN, RAYMOND S | § | Case No. 08-70785 |
| TALAN, ROBIN M | § | |
| R.L. TALAN & SONS | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 178,552.77 |
| *and approved disbursements of* | $ 148,686.09 |
| *leaving a balance on hand of* [1] | $ 29,866.68 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                             *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 11,035.34 | $ 683.99 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 6,325.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                   *Fees*                   *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,892.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7P | Internal Revenue Service | $ 2,892.40 | $ 2,892.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 130,250.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2U | Illinois Department of Revenue Bankruptcy Section | $ 60.00 | $ 4.01 |
| 4 | All Credit Lenders | $ 1,718.30 | $ 114.50 |
| 5 | Ecommission Transaction | $ 4,230.00 | $ 281.87 |
| 6 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | $ 903.18 | $ 60.18 |
| 7U | Internal Revenue Service | $ 890.81 | $ 59.36 |
| 8 | Time Investment | $ 2,909.05 | $ 193.85 |
| 9 | American Express Travel Related Svcs Co | $ 8,900.00 | $ 593.06 |
| 10 | ACCT RCV SVC | $ 1,404.13 | $ 93.57 |
| 11 | Check It | $ 280.20 | $ 18.67 |
| 12 | Rockford Mercantile Agency | $ 384.52 | $ 25.62 |
| | Cavalry Portfolio Services, | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 13 | LLC | $ 10,337.45 | $ 688.85 |
| 14 | James Diesing and Shirley Dunkin | $ 9,796.71 | $ 652.82 |
| 15 | Wells Fargo Home Mortgage Inc. | $ 88,436.50 | $ 5,893.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                   Date Rcvd: Mar 31, 2010
Case: 08-70785                Form ID: pdf006             Total Noticed: 72

The following entities were noticed by first class mail on Apr 02, 2010.
db/jdb        +Raymond S Talan,   Robin M Talan,   4880 Powderhorn Place,   Caledonia, IL 61011-9021
aty           +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty           +David H Carter,   Rockford Bankruptcy Clinic,   One Court Place  Suite 401,
                Rockford, IL 61101-1088
tr            +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
12060265      +ACCT RCV SVC,   PO Box 2526,   Loves Park, IL 61132-2526
12060266      +ADT,   Box 455,   Park Ridge, IL 60068-0455
12060264      +Accounts Receivable Management,   5421 N. Second St.,   Loves Park, IL 61111-5010
12060267      +Advance Cash Express,   401 E. Riverside,   Machesney Park, IL 61111-4549
12060268      +All Credit Lenders,   POB 250,   Gilberts IL 60136-0250
12060269       American Express,   Box 360001,   Fort Lauderdale, FL 33329
12435610       American Express Travel Related Svcs Co,   Inc Corp Card,   c o Becket and Lee LLP,   POB 3001,
                Malvern PA 19355-0701
12125877      +American Express Travel Related Svcs Co Inc,   Corp Card,   PO Box 3001,   Malvern, PA 19355-0701
12060270      +American Medical Security,   Box 9001004,   Louisville, KY 40290-1004
12060271      +Beneficial,   5416 E. STate ST.,   Rockford, IL 61108-2380
12060272      +Boone County Clerk,   601 N. Main St. Suite 202,   Belvidere, IL 61008-2600
12060280      +CBE Group,   Box 3251,   Milwaukee, WI 53201-3251
12060283      +CMK Investments,   Box 589,   Plainfield, IL 60544-0589
12060273      +Caine & Weiner,   Box 8500,   Van Nuys, CA 91409-8500
12060274      +Calvary Portfolio,   Box 1017,   Hawthorne, NY 10532-7504
12060278      +Capital One,   Box 85015,   Richmond, VA 23276-0001
12060276      +Capital One,   Box 60024,   City Of Industry, CA 91716-0024
12060277      +Capital One,   Box 70886,   Charlotte, NC 28272-0886
12060275      +Capital One,   Box 5294,   Carol Stream, IL 60197-5294
12060279      +Cavalry Port,   Box 27288,   Tempe, AZ 85285-7288
12571753      +Cavalry Portfolio Services, LLC,   7 Skyline Drive, Third Floor,   Hawthorne, NY 10532-2156
12060281      +Check It,   Box 6264,   Rockford, IL 61125-1264
12060282      +Christlife,   5950 Springcreek RD,   Rockford, IL 61114-6448
12060284       Collection Agency,   106 E. Kimberly RD #302,   Davenport, IA 52806
12060285      +Commission Express,   201 E. Ogden Ave. Suite 130,   Hinsdale, IL 60521-3664
12306982      +Commission Express of West Chicago,   % Richard T Niemerg,   211 W Wacker Dr  Ste 1200,
                Chicago, Il 60606-1379
12060286      +Concord Servicing,   4725 N. Scottsdale Suite 300,   Scottsdale, AZ 85251-7629
12060287      +Conoco Phillips Company,   9522 E. 47th Place,   Tulsa, OK 74145-7211
12060288      +Credit Protection Assoc.,   13355 Noel Rd.,   Dallas, TX 75240-6602
12060290      +Ecommission Transaction,   5914 W. Courtyard Dr. Suite 320,   Austin, TX 78730-4924
12060291       Fashion Bug,   Box 856021,   Louisville, KY 40285-6021
12060292      +First USA,   Box 8650,   Wilmington, DE 19899-8650
12060293      +Firstsource,   205 Bryant Woods South,   Buffalo, NY 14228-3609
12060296      +HSBC,   Box 17051,   Baltimore, MD 21297-1051
12060297      +HSBC Auto Finance,   Box 17548,   Baltimore, MD 21297-1548
12060294      +Harris Tire,   c/o Winn County Clerk,   400 West State St.,   Rockford, IL 61101-1221
12060295      +Hartsough Dermatology,   7402 E. Riverside Blvd.,   Loves Park, IL 61111-5630
12060300     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
12060298       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12060299      +Insight,   Box 740273,   Cincinnati, OH 45274-0273
12060301      +JC Penney,   Box 961402,   El Paso, TX 79996-1402
12576120      +James Diesing and Shirley Dunkin,   % Atty David L Davitt,   4023 Charles St,
                Rockford, Il 61108-6135
12060302      +Kings Acres Self Storage,   7102 Rock Valley Parkway,   Loves Park, IL 61111-8613
12060303      +Kisva Investments,   6940 Villagreen View,   Rockford, IL 61107-5605
12060304      +Midland Credit,   8875 Aero Dr. Suite 2,   San Diego, CA 92123-2251
12060305      +Midwest Bank,   3953 N. Perryville Rd.,   Rockford, IL 61114
12060306      +Mutual Management,   Box 4777,   Rockford, IL 61110-4777
12060307       NCI Network Comm.,   Box 1000001,   Lawrenceville, GA 30043
12060309      +NCO Financial,   Box 78626,   Phoenix, AZ 85062-8626
12060308      +NCO Financial,   Box 15740,   Wilmington, DE 19850-5740
12060310      +Omnia Credit Services,   Box 23381,   Tampa, FL 33623-3381
12060311      +RAB Inc,   Box 34111,   Memphis, TN 38184-0111
12060312       RBC Centura,   Box 700,   Rocky Mount, NC 27802-0700
12060313      +Redline Recovery,   1145 Sanctuary Pkwy. Suite 350,   Alpharetta, GA 30009-4756
12060314      +Remax,   Box 3907,   Englewood, CO 80155-3907
12060315      +Rockford Mercantile Agency,   2502 S. Alpine Rd.,   Rockford, IL 61108-7813
12415330      +SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG,   FIRST EXPRESS,   PO BOX 856021,
                LOUISVILLE, KY 40285-6021
12060316      +Sears,   Box 183081,   Columbus, OH 43218-3081
12060317      +Spirit of America,   1103 Allen Dr.,   Milford, OH 45150-8763
12060318      +Summer Bay,   Box 29352,   Phoenix, AZ 85038-9352
12060319      +Time Investment,   Box 248,   West Bend, WI 53095-0248
12060320      +Tyler Moore Attorney At Law,   6833 Stalter Dr.,   Rockford, IL 61108-2579
12060321       United Recovery Systems,   Box 722929,   Houston, TX 77272-2929
12298701      +Wells Fargo Bank NA,   % Andrew J Nelson,   Pierce & Assoc PC,   1 NO Dearborn  Ste 1300,
                Chicago, Il 60602-4373
14589828      +Wells Fargo Bank NA,   % Scott C Sullivan,   WilliamsMcCarthy LLP,   PO Box 219,
                Rockford, Il 61105-0219
12060323      +Wells Fargo Home Mortgage Inc.,   % Scott C Sullivan,   WilliamsMcCarthy LLP,   PO Box 219,
                Rockford, Il 61105-0219
```

```
District/off: 0752-3          User: cbachman              Page 2 of 2              Date Rcvd: Mar 31, 2010
Case: 08-70785                Form ID: pdf006             Total Noticed: 72
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Mar 31, 2010.
```
12060289      +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
               Creditors Protection Service,   202 W. State St.,   Rockford, IL 61101-1163
12060322      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 01 2010 00:03:57     Verizon Wireless,
               Box 1850,   Folsom, CA 95763-1850
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
12333095*      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
                                                                                            TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2010**          **Signature:**   _/s/ Joseph Speetjens_