Printed: 08/02/13 08:44 AM                                                                                          Page: 1

AMENDED

## Claims Proposed Distribution

### Case: 08-70785    TALAN, RAYMOND S

Case Balance:    $603.54        Total Proposed Payment:    $603.54        Remaining Balance:    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Commission Express of West Chicago | Secured | 5,811.76* | 0.00 | 0.00 | 0.00 | 0.00 | 603.54 |
| 2S | Illinois Department of Revenue Bankruptcy Section | Secured | 29,582.00* | 0.00 | 0.00 | 0.00 | 0.00 | 603.54 |
| 3 | Illinois Department of Revenue Bankruptcy Section | Secured | 5,439.00* | 0.00 | 0.00 | 0.00 | 0.00 | 603.54 |
|  | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 683.99 | 683.99 | 683.99 | 0.00 | 0.00 | 603.54 |
|  | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 11,035.34 | 11,035.34 | 11,035.34 | 0.00 | 0.00 | 603.54 |
|  | U.S. Bankruptcy Court <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 603.54 |
|  | Yalden, Olsen & Willette <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 6,325.50 | 6,325.50 | 6,325.50 | 0.00 | 0.00 | 603.54 |
| 7P | Internal Revenue Service | Priority | 4,653.40 | 2,892.40 | 2,892.40 | 0.00 | 0.00 | 603.54 |
| 2U | Illinois Department of Revenue Bankruptcy Section | Unsecured | 60.00 | 60.00 | 5.07 | 54.93 | 0.31 | 603.23 |
| 4 | All Credit Lenders | Unsecured | 1,718.30 | 1,718.30 | 145.07 | 1,573.23 | 8.67 | 594.56 |
| 5 | Ecommission Transaction | Unsecured | 4,230.00 | 4,230.00 | 357.12 | 3,872.88 | 21.35 | 573.21 |
| 6 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | Unsecured | 903.18 | 903.18 | 76.25 | 826.93 | 4.56 | 568.65 |
| 7U | Internal Revenue Service | Unsecured | 890.81 | 59.38 | 59.38 | 0.00 | 0.00 | 568.65 |
| 8 | Time Investment | Unsecured | 2,909.05 | 2,909.05 | 245.60 | 2,663.45 | 14.68 | 553.97 |
| 9 | American Express Travel Related Svcs Co | Unsecured | 8,900.00 | 8,900.00 | 751.39 | 8,148.61 | 44.92 | 509.05 |
| 10 | ACCT RCV SVC | Unsecured | 1,404.13 | 1,404.13 | 118.54 | 1,285.59 | 7.09 | 501.96 |
| 11 | Check It | Unsecured | 280.20 | 280.20 | 23.66 | 256.54 | 1.41 | 500.55 |
| 12 | Rockford Mercantile Agency | Unsecured | 384.52 | 384.52 | 32.46 | 352.06 | 1.94 | 498.61 |
| 13 | Cavalry Portfolio Services, LLC | Unsecured | 10,337.45 | 10,337.45 | 872.74 | 9,464.71 | 52.19 | 446.42 |
| 14 | James Diesing and Shirley Dunkin | Unsecured | 9,796.71 | 876.55 | 876.55 | 0.00 | 0.00 | 446.42 |
| 15 | Wells Fargo Home Mortgage Inc. | Unsecured | 88,436.50 | 88,436.50 | 7,466.28 | 80,970.22 | 446.42 | 0.00 |

(*) Denotes objection to Amount Filed

## Claims Proposed Distribution

### Case: 08-70785   TALAN, RAYMOND S

| Case Balance: | $603.54 | Total Proposed Payment: | $603.54 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 08-70785 : | | $194,031.84 | $141,686.49 | $32,217.34 | $109,469.15 | $603.54 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $18,294.83 | $18,294.83 | $18,294.83 | $0.00 | 100.000000% |
| Total Priority Claims : | $4,653.40 | $2,892.40 | $2,892.40 | $0.00 | 100.000000% |
| Total Secured Claims : | $40,832.76 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $130,250.85 | $120,499.26 | $11,030.11 | $603.54 | 9.654541% |