**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: TALAN, RAYMOND S | § | Case No. 08-70785 |
| TALAN, ROBIN M | § | |
| R.L. TALAN & SONS | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $16,500.00                    Assets Exempt: $36,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $126,772.90    Claims Discharged
                                                Without Payment: $240,664.61

Total Expenses of Administration: $36,869.07

---

3) Total gross receipts of $ 181,506.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 17,865.00 (see **Exhibit 2**), yielded net receipts of $163,641.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $183,200.00 | $153,079.61 | $112,246.85 | $112,246.85 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,869.07 | 36,869.07 | 36,869.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 40,000.00 | 4,653.40 | 2,892.40 | 2,892.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 116,390.00 | 130,250.85 | 120,499.26 | 11,633.65 |
| **TOTAL DISBURSEMENTS** | $339,590.00 | $324,852.93 | $272,507.58 | $163,641.97 |

    4) This case was originally filed under Chapter 7 on March 19, 2008. The case was pending for 66 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2013    By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4880 Powderhorn Place., Caledonia, IL | 1110-000 | 172,500.00 |
| Lot #, Apple River, IL | 1110-000 | 6,000.00 |
| IRS - reimbursement (acct. pd. in full) | 1224-000 | 2,951.78 |
| Interest Income | 1270-000 | 55.19 |
| **TOTAL GROSS RECEIPTS** | | **$181,506.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Raymond and Robin Talan | Debtors' homestead exemption | 8100-002 | 17,865.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$17,865.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commission Express of West Chicago | 4110-000 | 4,700.00 | 5,811.76 | 0.00 | 0.00 |
| 2S | Illinois Department of Revenue Bankruptcy Section | 4110-000 | N/A | 29,582.00 | 0.00 | 0.00 |
| 3 | Illinois Department of Revenue Bankruptcy Section | 4110-000 | N/A | 5,439.00 | 0.00 | 0.00 |
| NOTFILED | Beneficial | 4110-000 | 36,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Bank | 4110-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage Inc. | 4110-000 | 135,000.00 | N/A | N/A | 0.00 |
| | Title Underwriters Agency | 4110-000 | N/A | 39,572.14 | 39,572.14 | 39,572.14 |
| | Title Underwriters Agency | 4700-000 | N/A | 3,833.92 | 3,833.92 | 3,833.92 |
| | Title Underwriters Agency | 4110-000 | N/A | 660.00 | 660.00 | 660.00 |

| Payee | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| Title Underwriters Agency | 4110-000 | N/A | 3.00 | 3.00 | 3.00 |
| Title Underwriters Agency | 4700-000 | N/A | 86.25 | 86.25 | 86.25 |
| Title Underwriters Agency | 4700-000 | N/A | 172.50 | 172.50 | 172.50 |
| Lakeside Realty & Management Trust Account | 4110-000 | N/A | 148.00 | 148.00 | 148.00 |
| Wells Fargo Bank | 4110-000 | N/A | 67,771.04 | 67,771.04 | 67,771.04 |
| **TOTAL SECURED CLAIMS** | | $183,200.00 | $153,079.61 | $112,246.85 | $112,246.85 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 11,035.34 | 11,035.34 | 11,035.34 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 683.99 | 683.99 | 683.99 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 6,325.50 | 6,325.50 | 6,325.50 |
| Title Underwriters Agency | 3510-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Title Underwriters Agency | 3510-000 | N/A | 10,075.00 | 10,075.00 | 10,075.00 |
| Title Underwriters Agency | 2500-000 | N/A | 20.00 | 20.00 | 20.00 |
| Title Underwriters Agency | 2990-000 | N/A | 107.25 | 107.25 | 107.25 |
| Joseph D. Olsen | 2200-000 | N/A | 4,980.00 | 4,980.00 | 4,980.00 |
| Lakeside Realty & Management Trust Account | 2820-000 | N/A | 219.28 | 219.28 | 219.28 |
| Lakeside Realty & Management Trust Account | 2820-000 | N/A | 30.50 | 30.50 | 30.50 |
| Lakeside Realty & Management Trust Account | 2500-000 | N/A | 34.50 | 34.50 | 34.50 |
| Lakeside Realty & Management Trust Account | 2990-000 | N/A | 9.00 | 9.00 | 9.00 |
| Lakeside Realty & Management Trust Account | 2990-000 | N/A | 421.01 | 421.01 | 421.01 |
| Lakeside Realty & Management Trust Account | 3510-000 | N/A | 600.00 | 600.00 | 600.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 77.70 | 77.70 | 77.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $36,869.07 | $36,869.07 | $36,869.07 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Internal Revenue Service | 5800-000 | N/A | 4,653.40 | 2,892.40 | 2,892.40 |
| NOTFILED | Illinois Dept. of Revenue Bankruptcy Dept. | 5200-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 20,000.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $40,000.00 | $4,653.40 | $2,892.40 | $2,892.40 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 60.00 | 60.00 | 5.38 |
| 4 | All Credit Lenders | 7100-000 | 500.00 | 1,718.30 | 1,718.30 | 153.74 |
| 5 | Ecommission Transaction | 7100-000 | 4,323.00 | 4,230.00 | 4,230.00 | 378.47 |
| 6 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | 7100-000 | N/A | 903.18 | 903.18 | 80.81 |
| 7U | Internal Revenue Service | 7100-000 | N/A | 890.81 | 59.38 | 59.38 |
| 8 | Time Investment | 7100-000 | N/A | 2,909.05 | 2,909.05 | 260.28 |
| 9 | American Express Travel Related Svcs Co | 7100-000 | 8,900.00 | 8,900.00 | 8,900.00 | 796.31 |
| 10 | ACCT RCV SVC | 7100-000 | 1,404.00 | 1,404.13 | 1,404.13 | 125.63 |
| 11 | Check It | 7100-000 | N/A | 280.20 | 280.20 | 25.07 |
| 12 | Rockford Mercantile Agency | 7100-000 | N/A | 384.52 | 384.52 | 34.40 |
| 13 | Cavalry Portfolio Services, LLC | 7100-000 | 9,464.00 | 10,337.45 | 10,337.45 | 924.93 |
| 14 | James Diesing and Shirley Dunkin | 7100-000 | N/A | 9,796.71 | 876.55 | 876.55 |
| 15 | Wells Fargo Home Mortgage Inc. | 7100-000 | N/A | 88,436.50 | 88,436.50 | 6,341.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | United States Bankruptcy Court - Wells Fargo Home | 7100-001 | N/A | N/A | N/A | 1,571.55 |
| NOTFILED | Kisva Investments | 7100-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 1,187.00 | N/A | N/A | 0.00 |
| NOTFILED | Kings Acres Self Storage | 7100-000 | 480.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Auto Finance | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug | 7100-000 | 810.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection Service | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | First USA | 7100-000 | 2,611.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Tire c/o Winn County Clerk | 7100-000 | 432.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | Hartsough Dermatology | 7100-000 | 1,324.00 | N/A | N/A | 0.00 |
| NOTFILED | Insight | 7100-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Check It | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | RBC Centura | 7100-000 | 365.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Remax | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| NOTFILED | NCI Network Comm. | 7100-000 | 2,538.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Assoc. | 7100-000 | 684.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 1,173.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit | 7100-000 | 1,885.00 | N/A | N/A | 0.00 |
| NOTFILED | Tyler Moore Attorney At Law | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Time Investment | 7100-000 | 3,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 918.00 | N/A | N/A | 0.00 |
| NOTFILED | Conoco Phillips Company | 7100-000 | 9,653.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,266.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 197.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 825.00 | N/A | N/A | 0.00 |
| NOTFILED | Christlife | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Boone County Clerk | 7100-000 | 1,885.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Caine & Weiner | 7100-000 | 743.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Accounts Receivable Management | 7100-000 | 898.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance Cash Express | 7100-000 | 831.00 | N/A | N/A | 0.00 |
| NOTFILED | Concord Servicing | 7100-000 | 12,474.00 | N/A | N/A | 0.00 |
| NOTFILED | American Medical Security | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $116,390.00 | $130,250.85 | $120,499.26 | $11,633.65 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70785  
**Case Name:** TALAN, RAYMOND S  
TALAN, ROBIN M  
**Period Ending:** 10/14/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/19/08 (f)  
**§341(a) Meeting Date:** 04/24/08  
**Claims Bar Date:** 09/09/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4880 Powderhorn Place., Caledonia, IL | 200,000.00 | 0.00 | | 172,500.00 | FA |
| 2 | Lot #, Apple River, IL | 12,000.00 | 12,000.00 | | 6,000.00 | FA |
| 3 | checking account w/ Members Allaince | 500.00 | 6,655.00 | | 0.00 | FA |
| 4 | savings account w/ Members Allanice | 200.00 | 0.00 | | 0.00 | FA |
| 5 | older furniture, tvs, bedroom sets, table & chai | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 7 | wedding rings & misc. costume jewerly | 200.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 GMC Envoy | 10,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1995 Ford E250 Van | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1998 17' Hydrosport bass boat  Debtor sold boat pre-petition w/proceeds going into check account (Asset #3). | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Tax Refund  (u) | 0.00 | 7,000.00 | | 0.00 | FA |
| 12 | IRS - reimbursement (acct. pd. in full)  (u) | 0.00 | 2,951.78 | | 2,951.78 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 55.19 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$228,500.00** | **$28,606.78** | | **$181,506.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009        **Current Projected Date Of Final Report (TFR):**   March 30, 2010  (Actual)

Printed: 10/14/2013 09:10 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-70785 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | TALAN, RAYMOND S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | TALAN, ROBIN M | | Account: | ***-*****19-65 - Money Market Account |
| Taxpayer ID #: | **-***8524 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 10/14/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/31/08 | {1} | Title Underwriters Agency | Sale of Powderhorn property | 1110-000 | 115,969.94 | | 115,969.94 |
| 10/31/08 | {1} | Deposit reversal | | 1110-000 | -115,969.94 | | 0.00 |
| 11/25/08 | | Title Underwriters Agency | Proceeds of Powderhorn property | | 115,969.94 | | 115,969.94 |
| | | | payoff 2nd mortgage    -39,572.14 | 4110-000 | | | 115,969.94 |
| | | | deposit retained by    -2,000.00 Broker | 3510-000 | | | 115,969.94 |
| | | | Real Estate taxes to   -3,833.92 10/31/08 | 4700-000 | | | 115,969.94 |
| | | | Commission    -10,075.00 | 3510-000 | | | 115,969.94 |
| | | | Express delivery fee    -20.00 | 2500-000 | | | 115,969.94 |
| | | | Title Insurance    -660.00 | 4110-000 | | | 115,969.94 |
| | | | Title insurance act fee    -3.00 | 4110-000 | | | 115,969.94 |
| | | | Recording fee    -107.25 | 2990-000 | | | 115,969.94 |
| | | | City/county taxes    -86.25 | 4700-000 | | | 115,969.94 |
| | | | State tax stamps    -172.50 | 4700-000 | | | 115,969.94 |
| | {1} | | 172,500.00 | 1110-000 | | | 115,969.94 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.54 | | 115,973.48 |
| 12/02/08 | | To Account #********1966 | Transfer funds to pay Debtor homestead (minus offsets) | 9999-000 | | 17,865.00 | 98,108.48 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.10 | | 98,115.58 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.00 | | 98,119.58 |
| 02/02/09 | | To Account #********1966 | Per Ct. Order of 1/28 (reimburse monies) | 9999-000 | | 4,980.00 | 93,139.58 |
| 02/25/09 | | Lakeside Realty & Management Trust Account | Sale of lot | | 4,537.71 | | 97,677.29 |
| | {2} | | 6,000.00 | 1110-000 | | | 97,677.29 |
| | | | 2008 tax redit    -219.28 | 2820-000 | | | 97,677.29 |
| | | | 2009 tax credit (1/1/09 -   -30.50 2/20/09) | 2820-000 | | | 97,677.29 |
| | | | Apple Canyon Lake dues    -34.50 | 2500-000 | | | 97,677.29 |
| | | | County Clerk Revenue    -9.00 Stamps | 2990-000 | | | 97,677.29 |
| | | | County Clerk - tax    -421.01 redemption | 2990-000 | | | 97,677.29 |
| | | | Assurance First Title &   -148.00 Esscrow Co. | 4110-000 | | | 97,677.29 |
| | | | Commission    -600.00 | 3510-000 | | | 97,677.29 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.56 | | 97,680.85 |

Subtotals :   $120,525.85   $22,845.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-70785  
**Case Name:** TALAN, RAYMOND S  
               TALAN, ROBIN M  
**Taxpayer ID #:** **-***8524  
**Period Ending:** 10/14/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-65 - Money Market Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.25 | | 97,685.10 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.98 | | 97,689.08 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.85 | | 97,692.93 |
| 06/05/09 | | To Account #********1966 | Bond premium pymt | 9999-000 | | 77.70 | 97,615.23 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.24 | | 97,619.47 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.11 | | 97,623.58 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.11 | | 97,627.69 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.98 | | 97,631.67 |
| 10/05/09 | | To Account #********1966 | pay sec. creditor per court order | 9999-000 | | 70,000.00 | 27,631.67 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 27,633.27 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,634.43 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,635.59 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 27,636.67 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 27,637.72 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.24 | | 27,638.96 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.71 | | 27,639.67 |
| 04/20/10 | | Wire out to BNYM account 9200******1965 | Wire out to BNYM account 9200******1965 | 9999-000 | -27,639.67 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 92,922.70 | 92,922.70 | $0.00 |
| | | | Less: Bank Transfers | | -27,639.67 | 92,922.70 | |
| | | | **Subtotal** | | 120,562.37 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$120,562.37** | **$0.00** | |

{} Asset reference(s)             Printed: 10/14/2013 09:10 AM   V.13.13

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 08-70785  
**Case Name:** TALAN, RAYMOND S  
TALAN, ROBIN M  
**Taxpayer ID #:** **-***8524  
**Period Ending:** 10/14/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/08 | | From Account #********1965 | Transfer funds to pay Debtor homestead (minus offsets) | 9999-000 | 17,865.00 | | 17,865.00 |
| 12/03/08 | 101 | Raymond and Robin Talan | Debtors' homestead exemption | 8100-002 | | 17,865.00 | 0.00 |
| 02/02/09 | | From Account #********1965 | Per Ct. Order of 1/28 (reimburse monies) | 9999-000 | 4,980.00 | | 4,980.00 |
| 02/03/09 | 102 | Joseph D. Olsen | reimbursement of expenses | 2200-000 | | 4,980.00 | 0.00 |
| 06/05/09 | | From Account #********1965 | Bond premium pymt | 9999-000 | 77.70 | | 77.70 |
| 06/05/09 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-70785, Bond #016018067 | 2300-000 | | 77.70 | 0.00 |
| 10/05/09 | | From Account #********1965 | pay sec. creditor per court order | 9999-000 | 70,000.00 | | 70,000.00 |
| 10/05/09 | 104 | Wells Fargo Bank | pay sec. claim per court order 10/5/09 | 4110-000 | | 67,771.04 | 2,228.96 |
| 04/20/10 | | Wire out to BNYM account 9200******1966 | Wire out to BNYM account 9200******1966 | 9999-000 | -2,228.96 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 90,693.74 | 90,693.74 | **$0.00** |
| | | | Less: Bank Transfers | | 90,693.74 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **90,693.74** | |
| | | | Less: Payments to Debtors | | | 17,865.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$72,828.74** | |

{} Asset reference(s)

Printed: 10/14/2013 09:10 AM V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-70785  
**Case Name:** TALAN, RAYMOND S  
                TALAN, ROBIN M  
**Taxpayer ID #:** **-***8524  
**Period Ending:** 10/14/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-65 - Money Market Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1965 | Wire in from JPMorgan Chase Bank, N.A. account ********1965 | 9999-000 | 27,639.67 | | 27,639.67 |
| 04/29/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.47 | | 27,640.14 |
| 04/29/10 | | To Account #9200******1966 | Prep. for Amd-Dist Rpt | 9999-000 | | 27,640.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,640.14 | 27,640.14 | $0.00 |
| | | | Less: Bank Transfers | | 27,639.67 | 27,640.14 | |
| | | | **Subtotal** | | **0.47** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.47** | **$0.00** | |

{} Asset reference(s)                                                    Printed: 10/14/2013 09:10 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-70785
**Case Name:** TALAN, RAYMOND S
TALAN, ROBIN M
**Taxpayer ID #:** **-***8524
**Period Ending:** 10/14/13

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******19-66 - Checking Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1966 | Wire in from JPMorgan Chase Bank, N.A. account ********1966 | 9999-000 | 2,228.96 | | 2,228.96 |
| 04/29/10 | | From Account #9200******1965 | Prep. for Amd-Dist Rpt | 9999-000 | 27,640.14 | | 29,869.10 |
| 05/19/10 | 10105 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 29,619.10 |
| 05/19/10 | 10106 | Yalden, Olsen & Willette | Dividend paid 100.00% on $6,325.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,325.50 | 23,293.60 |
| 05/19/10 | 10107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $11,035.34, Trustee Compensation;  Reference: | 2100-000 | | 11,035.34 | 12,258.26 |
| 05/19/10 | 10108 | JOSEPH D. OLSEN | Dividend paid 100.00% on $683.99, Trustee Expenses;  Reference: | 2200-000 | | 683.99 | 11,574.27 |
| 05/19/10 | 10109 | Internal Revenue Service | Dividend paid 100.00% on $2,892.40; Claim# 7P; Filed: $4,653.40; Reference:<br>Voided on 10/12/10 | 5800-003 | | 2,892.40 | 8,681.87 |
| 05/19/10 | 10110 | All Credit Lenders | Dividend paid   6.66% on $1,718.30; Claim# 4; Filed: $1,718.30; Reference: | 7100-000 | | 114.53 | 8,567.34 |
| 05/19/10 | 10111 | Ecommission Transaction | Dividend paid   6.66% on $4,230.00; Claim# 5; Filed: $4,230.00; Reference: | 7100-000 | | 281.95 | 8,285.39 |
| 05/19/10 | 10112 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | Dividend paid   6.66% on $903.18; Claim# 6; Filed: $903.18; Reference: | 7100-000 | | 60.20 | 8,225.19 |
| 05/19/10 | 10113 | Internal Revenue Service | Dividend paid   6.66% on $890.81; Claim# 7U; Filed: $890.81; Reference:<br>Voided on 10/12/10 | 7100-003 | | 59.38 | 8,165.81 |
| 05/19/10 | 10114 | Time Investment | Dividend paid   6.66% on $2,909.05; Claim# 8; Filed: $2,909.05; Reference: | 7100-000 | | 193.90 | 7,971.91 |
| 05/19/10 | 10115 | American Express Travel Related Svcs Co | Dividend paid   6.66% on $8,900.00; Claim# 9; Filed: $8,900.00; Reference: | 7100-000 | | 593.23 | 7,378.68 |
| 05/19/10 | 10116 | ACCT RCV SVC | Dividend paid   6.66% on $1,404.13; Claim# 10; Filed: $1,404.13; Reference: | 7100-000 | | 93.59 | 7,285.09 |
| 05/19/10 | 10117 | Check It | Dividend paid   6.66% on $280.20; Claim# 11; Filed: $280.20; Reference: | 7100-000 | | 18.68 | 7,266.41 |
| 05/19/10 | 10118 | Rockford Mercantile Agency | Dividend paid   6.66% on $384.52; Claim# 12; Filed: $384.52; Reference: | 7100-000 | | 25.63 | 7,240.78 |
| 05/19/10 | 10119 | Cavalry Portfolio Services, LLC | Dividend paid   6.66% on $10,337.45; Claim# 13; Filed: $10,337.45; Reference: | 7100-000 | | 689.04 | 6,551.74 |
| 05/19/10 | 10120 | James Diesing and Shirley Dunkin | Dividend paid   6.66% on $9,796.71; Claim# 14; Filed: $9,796.71; Reference:<br>Stopped on 10/12/10 | 7100-004 | | 653.00 | 5,898.74 |

Subtotals :    $29,869.10    $23,970.36

{} Asset reference(s)

Printed: 10/14/2013 09:10 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-70785  
**Case Name:** TALAN, RAYMOND S  
               TALAN, ROBIN M  
**Taxpayer ID #:** **-***8524  
**Period Ending:** 10/14/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/19/10 | 10121 | Wells Fargo Home Mortgage Inc. | Dividend paid 6.66% on $88,436.50; Claim# 15; Filed: $88,436.50; Reference: | 7100-000 | | 5,894.73 | 4.01 |
| 05/19/10 | 10122 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.01 | 0.00 |
| 10/12/10 | 10109 | Internal Revenue Service | Dividend paid 100.00% on $2,892.40; Claim# 7P; Filed: $4,653.40; Reference: Voided: check issued on 05/19/10 | 5800-003 | | -2,892.40 | 2,892.40 |
| 10/12/10 | 10113 | Internal Revenue Service | Dividend paid 6.66% on $890.81; Claim# 7U; Filed: $890.81; Reference: Voided: check issued on 05/19/10 | 7100-003 | | -59.38 | 2,951.78 |
| 10/12/10 | 10120 | James Diesing and Shirley Dunkin | Dividend paid 6.66% on $9,796.71; Claim# 14; Filed: $9,796.71; Reference: Stopped: check issued on 05/19/10 | 7100-004 | | -653.00 | 3,604.78 |
| 10/12/10 | 10123 | United States Bankruptcy Court | turnover of unclmd/over 90-day checks | | | 3,604.78 | 0.00 |
| | | | 2,892.40 | 5800-000 | | | 0.00 |
| | | | 59.38 | 7100-000 | | | 0.00 |
| | | | 653.00 | 7100-000 | | | 0.00 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | | 29,869.10 | 29,869.10 | $0.00 |
| Less: Bank Transfers | | 29,869.10 | 0.00 | |
| **Subtotal** | | **0.00** | **29,869.10** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$29,869.10** | |

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 08-70785  
**Case Name:** TALAN, RAYMOND S  
               TALAN, ROBIN M  
**Taxpayer ID #:** **-***8524  
**Period Ending:** 10/14/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-67 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/12 | {12} | U.S. Department of the Treasury | refund of check - IRS already rec'd pymt. | 1224-000 | 2,951.78 | | 2,951.78 |
| 01/17/12 | 101 | All Credit Lenders | Dividend paid  8.44% on $1,718.30; Claim# 4; Filed: $1,718.30; Reference: | 7100-000 | | 30.54 | 2,921.24 |
| 01/17/12 | 102 | Ecommission Transaction | Dividend paid  8.44% on $4,230.00; Claim# 5; Filed: $4,230.00; Reference: | 7100-000 | | 75.17 | 2,846.07 |
| 01/17/12 | 103 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | Dividend paid  8.44% on $903.18; Claim# 6; Filed: $903.18; Reference: | 7100-000 | | 16.05 | 2,830.02 |
| 01/17/12 | 104 | Time Investment | Dividend paid  8.44% on $2,909.05; Claim# 8; Filed: $2,909.05; Reference: | 7100-000 | | 51.70 | 2,778.32 |
| 01/17/12 | 105 | American Express Travel Related Svcs Co | Dividend paid  8.44% on $8,900.00; Claim# 9; Filed: $8,900.00; Reference: | 7100-000 | | 158.16 | 2,620.16 |
| 01/17/12 | 106 | ACCT RCV SVC | Dividend paid  8.44% on $1,404.13; Claim# 10; Filed: $1,404.13; Reference: | 7100-000 | | 24.95 | 2,595.21 |
| 01/17/12 | 107 | Rockford Mercantile Agency | Dividend paid  8.44% on $384.52; Claim# 12; Filed: $384.52; Reference: | 7100-000 | | 6.83 | 2,588.38 |
| 01/17/12 | 108 | Cavalry Portfolio Services, LLC | Dividend paid  8.44% on $10,337.45; Claim# 13; Filed: $10,337.45; Reference: | 7100-000 | | 183.70 | 2,404.68 |
| 01/17/12 | 109 | James Diesing and Shirley Dunkin | Dividend paid  8.44% on $9,796.71; Claim# 14; Filed: $9,796.71; Reference: | 7100-000 | | 827.09 | 1,577.59 |
| 01/17/12 | 110 | Wells Fargo Home Mortgage Inc. | Dividend paid  8.44% on $88,436.50; Claim# 15; Filed: $88,436.50; Reference: Stopped on 04/25/12 | 7100-004 | | 1,571.55 | 6.04 |
| 01/17/12 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 6.04 | 0.00 |
| | | | Dividend paid  8.44% on $280.20; Claim# 11; Filed: $280.20 | 7100-000 | | 4.98 | 0.00 |
| | | | Dividend paid  8.44% on $60.00; Claim# 2U; Filed: $60.00 | 7100-000 | | 1.06 | 0.00 |
| 04/25/12 | 110 | Wells Fargo Home Mortgage Inc. | Dividend paid  8.44% on $88,436.50; Claim# 15; Filed: $88,436.50; Reference: Stopped: check issued on 01/17/12 | 7100-004 | | -1,571.55 | 1,571.55 |
| 04/25/12 | 112 | United States Bankruptcy Court | UNCLAIMED FUNDS - TURNOVER TO USBC | 7100-001 | | 1,571.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,951.78 | 2,951.78 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,951.78 | 2,951.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,951.78** | **$2,951.78** | |

{} Asset reference(s)

Printed: 10/14/2013 09:10 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 08-70785 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | TALAN, RAYMOND S | | Bank Name: | Rabobank, N.A. |
| | TALAN, ROBIN M | | Account: | ****062566 - Checking Account |
| Taxpayer ID #: | **-***8524 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 10/14/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/13 | | United States Treasury | Per Ct. Order 6/6/13 - w/draw of turnovered funds | 7100-000 | | -603.54 | 603.54 |
| 08/08/13 | 101 | All Credit Lenders | Dividend paid  8.94% on $1,718.30; Claim# 4; Filed: $1,718.30; Reference: | 7100-000 | | 8.67 | 594.87 |
| 08/08/13 | 102 | Ecommission Transaction | Dividend paid  8.94% on $4,230.00; Claim# 5; Filed: $4,230.00; Reference: | 7100-000 | | 21.35 | 573.52 |
| 08/08/13 | 103 | Time Investment | Dividend paid  8.94% on $2,909.05; Claim# 8; Filed: $2,909.05; Reference: | 7100-000 | | 14.68 | 558.84 |
| 08/08/13 | 104 | American Express Travel Related Svcs Co | Dividend paid  8.94% on $8,900.00; Claim# 9; Filed: $8,900.00; Reference: | 7100-000 | | 44.92 | 513.92 |
| 08/08/13 | 105 | ACCT RCV SVC | Dividend paid  8.94% on $1,404.13; Claim# 10; Filed: $1,404.13; Reference: | 7100-000 | | 7.09 | 506.83 |
| 08/08/13 | 106 | Cavalry Portfolio Services, LLC | Dividend paid  8.94% on $10,337.45; Claim# 13; Filed: $10,337.45; Reference: | 7100-000 | | 52.19 | 454.64 |
| 08/08/13 | 107 | Wells Fargo Home Mortgage Inc. | Dividend paid  8.94% on $88,436.50; Claim# 15; Filed: $88,436.50; Reference: | 7100-000 | | 446.42 | 8.22 |
| 08/08/13 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 8.22 | 0.00 |
| | | | Dividend paid  8.94% on         4.56 $903.18;  Claim# 6; Filed: $903.18 | 7100-000 | | | 0.00 |
| | | | Dividend paid  8.94% on         1.41 $280.20;  Claim# 11; Filed: $280.20 | 7100-000 | | | 0.00 |
| | | | Dividend paid  8.94% on         1.94 $384.52;  Claim# 12; Filed: $384.52 | 7100-000 | | | 0.00 |
| | | | Dividend paid  8.94% on         0.31 $60.00;  Claim# 2U; Filed: $60.00 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)                                                                                                           Printed: 10/14/2013 09:10 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| **Case Number:** | 08-70785 | | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|---|
| **Case Name:** | TALAN, RAYMOND S | | | **Bank Name:** | Rabobank, N.A. |
| | TALAN, ROBIN M | | | **Account:** | ****062566 - Checking Account |
| **Taxpayer ID #:** | **-***8524 | | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 10/14/13 | | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 123,514.62 |
| Plus Gross Adjustments : | 57,992.35 |
| Less Payments to Debtor : | 17,865.00 |
| Net Estate : | $163,641.97 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****19-65** | 120,562.37 | 0.00 | 0.00 |
| **Checking # ***-*****19-66** | 0.00 | 72,828.74 | 0.00 |
| **MMA # 9200-******19-65** | 0.47 | 0.00 | 0.00 |
| **Checking # 9200-******19-66** | 0.00 | 29,869.10 | 0.00 |
| **Checking # 9200-******19-67** | 2,951.78 | 2,951.78 | 0.00 |
| **Checking # ****062566** | 0.00 | 0.00 | 0.00 |
|  | $123,514.62 | $105,649.62 | $0.00 |

{} Asset reference(s)

Printed: 10/14/2013 09:10 AM    V.13.13